FILED
CLERK, U.S. DISTRICT COURT
JUL 24 2012
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>　Lopez　Defendant. | Case No.: CR 10-545 VBF<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed.R.Crim.P. 32.1(a)(6);<br>18 U.S.C. 3143(a)] |

　　The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___CDCA___ for alleged violation(s) of the terms and conditions of ~~his~~/her [probation] [supervised release]; and

　　The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

　　The Court finds that:

A.　( )　The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _____

|   |   |
|---|---|
| 1 |  |
| 2 |  |
| 3 |  |
| 4 | and/or |
| 5 | B.   (X)   The defendant has not met his/her burden of establishing by |
| 6 | clear and convincing evidence that he/she is not likely to pose |
| 7 | a danger to the safety of any other person or the community if |
| 8 | released under 18 U.S.C. § 3142(b) or (c). This finding is based |
| 9 | on: PSA considers d/t "not amenable to supervision" |
| 10 | long history of drug dealing, and |
| 11 | also while on supervision |
| 12 |  |
| 13 |  |
| 14 | IT THEREFORE IS ORDERED that the defendant be detained pending |
| 15 | the further revocation proceedings. |
| 16 |  |
| 17 | Dated: 7/24/12 |
| 18 |  |
| 19 |  |
| 20 | UNITES STATES MAGISTRATE JUDGE |